PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Brian West

Cr.: 22-00813-001
PACTS #: 7154431

Name of Sentencing Judicial Officer:   THE HONORABLE THOMAS J. MCAVOY
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF NEW YORK
(Jurisdiction transferred to the Hon. John Michael Vazquez
on December 5, 2022)

Date of Original Sentence: 02/27/2015

Original Offense:    Count One: Conspiracy to Possess Cocaine and Cocaine Base with Intent to
Distribute; 21 U.S.C. Sections 846 and 841(a)(1) and (b)(1)(A); Class A Felony

Original Sentence: 120 months imprisonment, 5 years supervised release

Special Conditions: Search/Seizure, Other Condition, Alcohol Restrictions, Drug Treatment, Substance
Abuse Testing, Other Financial Obligation, Association Restrictions, Special Assessment, Alcohol
Treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/20/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

1        Brian West has violated the special supervision condition which states **'You shall refrain from the use of alcohol and be subject to alcohol testing and treatment while under supervision.'**

On April 5, 2023, Mr. West submitted an instant drug screening that resulted positive for alcohol.

U.S. Probation Officer Action:

Brian West commenced supervision on January 20, 2022, in the District of New Jersey. He completed the New Jersey Reentry Program on February 4, 2022, satisfied court ordered financial obligations, and has been employed with FedEx since September 2022.

A urine sample was collected on April 5, 2023, that resulted positive for alcohol. Initially the Individual Under Supervision (IUS) denied any use of alcohol. Mr. West subsequently admitted to having a glass of wine with his dinner a few days prior. The IUS signed an admission form admitting to the consumption of wine and was reminded of the special condition prohibiting the use of alcohol. Mr. West inquired as to why

Prob 12A – page 2
Brian West

the condition was imposed, and this officer advised that he had reported excessive use of alcohol prior to sentencing. The IUS understood and advised that he would no longer consume alcohol.

At this time, we are requesting that no court action be taken. The U.S. Probation Office will continue to monitor Mr. West through random urine screens. Should Mr. West evade drug testing or show other signs of continued alcohol use, this office will explore other deterrent and monitoring options.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   JENNIFER M. BONET
        U.S. Probation Officer

/ jmb

APPROVED:

_____ for      5/01/2023
CARRIE H. BORONA                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

_____
5/1/2023
Date